# Court of Appeals
# of the State of Georgia

ATLANTA,  August 21, 2014

*The Court of Appeals hereby passes the following order:*

**A14A2109.  JOHN CLARK et al. v. RES-GA ELEVEN, LLC et al.**

The above-referenced case was docketed with this Court on July 16, 2014, and the Appellant's brief was due to be filed on August 5, 2014. *See* Court of Appeals Rule 22 (a). On August 13, 2014, Appellant belatedly filed a motion for an extension of time in which to file the Appellant's brief. *See* Court of Appeals Rule 23 (a). The Appellant having failed to timely file the Appellant's brief or a request for an extension of time, pursuant to Court of Appeals Rule 13, this appeal is ***DISMISSED*** and the motion for an extension is ***DENIED*** as moot.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 08/21/2014
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*